IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| LAURIE WILSON, individually and on behalf of all other similarly situated, ) ) ) Plaintiffs, ) ) v. ) ) SUNTRUST MORTGAGE, INC., and ) SUNTRUST BANKS, INC., ) ) Defendants. ) | Case No. 3:13-cv-622 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Laurie Wilson, and Defendants, SunTrust Mortgage, Inc. and SunTrust Banks, Inc. (together, the "Parties"), by counsel, file this Joint Stipulation of Dismissal of all claims and causes of action asserted by either party against the other.  The Parties stipulate that they voluntarily dismiss, with prejudice, all of their claims and causes of action which have been or could have been alleged in the above-referenced case, each party to bear its own costs and attorney's fees; provided, however, that dismissal is without prejudice as to the putative class and that this Court shall retain jurisdiction to enforce the terms of the Memorandum of Understanding between the Parties and any arbitration award issued pursuant thereto.

| SUNTRUST MORTGAGE, INC. and SUNTRUST BANKS, INC. | LAURIE WILSON |
|---|---|
| By:    /s/ Robert D. Perrow<br>Robert D. Perrow (VSB No. 14766)<br>J.P. McGuire Boyd, Jr. (VSB No. 72753)<br>Monica McCarroll (VSB No. 45622)<br>Turner A. Broughton (VSB No. 42627)<br>P.O. Box 1320<br>Richmond, Virginia 23218-1320<br>Email: bperrow@williamsmullen.com<br>Email: mboyd@williamsmullen.com<br>Email: mmccarroll@williamsmullen.com<br>Email: tbroughton@williamsmullen.com | By:    /s/ Joseph Jeremy Siprut<br>Joseph Jeremy Siprut, Esq.<br>Gregg Michael Barbakoff, Esq.<br>Melanie K. Nelson, Esq.<br>Greg Jones, Esq.<br>SIPRUT PC<br>17 North State Street, Suite 1600<br>Chicago, IL  60602<br>Email:  jsiprut@siprut.com<br>Email: gbarbakof@siprut.com<br>Email:  mnelson@siprut.com<br>Email:  gjones@siprut.com |
| *Counsel for Defendants, SunTrust Mortgage, Inc. and SunTrust Banks, Inc.* | *Counsel for Plaintiff, Laurie Wilson* |

25626637_1